**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC., *et al.*,[1]<br><br><div align="right">Debtors,</div> | Chapter 7<br><br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation,<br><br><div align="right">Plaintiff,</div><br><div align="center">-against-</div><br><br>KKR & CO. INC., *et al.*,<br><br><div align="right">Defendants.</div> | Civil Action No. 26-cv-00739-CFC<br><br>Adv. Pro. No. 25-50785 (CTG) |

---

[1] The last four digits of the Debtors' taxpayer identification numbers are as follows: American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Management LLC (6022); Miami International University of Art & Design, Inc. (1065); South Education-Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California – Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-

1

## DEFENDANTS-APPELLEES' DESIGNATION OF
## ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the undersigned Defendants-Appellees submit the following items to be included in the record on appeal in connection with the appeal of Plaintiff George L. Miller, in his capacity as chapter 7 trustee for the estates of Education Management Corporation and its related debtors, from the Bankruptcy Court's order denying Plaintiff's motion for mandatory abstention and remand. *See* Notice of Appeal, Adv. Proc. Dkt. No. 31, *Miller* v. *KKR*, Adv. Proc. No. 25-50785 (Bankr. D. Del. June 22, 2026).

| Tab No. | Dkt Nos.[2] | Date Filed | Description |
|---|---|---|---|
| 1 | Nos. 1, 1-1, 1-2, 1-3 | 1/27/2025 | Notice of removal with complaint, civil cover sheet, designation forms |
| 2 | Nos. 21-1, 21-2, 21-3, 21-4, 21-5, 21-6 | 2/11/2025 | Exhibits to opposition to motion to remand and proposed order denying motion |
| 3 | Nos. 22, 22-1, 22-2 | 2/11/2025 | Motion to transfer venue with memorandum of law and proposed order |

---

Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558); Western State University of Southern California (3875).

[2]  All docket numbers refer to the docket in *Miller* v. *KKR & Co., Inc.*, No. 25-cv-442 (D. Del.).

3

| 4 | Nos. 23, 23-1 | 2/25/2025 | Opposition to motion to transfer venue with certificate of service |
|---|---|---|---|
| 5 | No. 25 | 4/9/2025 | Order granting motion to transfer venue |
| 6 | No. 31 | 4/30/2025 | Order transferring case to bankruptcy court |

Defendants-Appellees reserve, and do not waive, the right to amend, supplement, or otherwise modify the foregoing designations, to adopt the designation of any items designated or counter-designated by any party to this appeal, and/or to object to or move to strike the items designated or counter-designated for inclusion in the record on appeal by any such other parties. This filing is made subject to, and without waiver of, all rights, remedies, challenges, and objections.

Dated: July 13, 2026
Wilmington, Delaware

Respectfully submitted,

OF COUNSEL:

Andrew G. Gordon *(pro hac vice*
forthcoming*)*
Brian S. Hermann *(pro hac vice*
forthcoming)
Jeffrey J. Recher *(pro hac vice*
forthcoming*)*
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel:   (212) 373-3000
agordon@paulweiss.com
bhermann@paulweiss.com
jrecher@paulweiss.com

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

By:___*/s/ Daniel A. Mason*_____
Daniel A. Mason (#5206)
1313 North Market Street, Suite 806
Wilmington, Delaware  19801
Tel:       (302) 655-4410
Fax:       (302) 655-4420
dmason@paulweiss.com

*Counsel for the KKR Defendants*

OF COUNSEL:

John C. Goodchild III *(pro hac vice*
forthcoming*)*
Matthew C. Ziegler *(pro hac vice*
forthcoming*)*
Sophia C. Aguilar *(pro hac vice*
forthcoming*)*
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Tel:   (215) 963-5000
Email: john.goodchild@morganlewis.com
Email: matthew.ziegler@morganlewis.com
Email: sophia.aguilar@morganlewis.com

**MORGAN, LEWIS & BOCKIUS
LLP**

By:  ___*/s/ Jody C. Barillare*_____
Jody C. Barillare (# 5107)
1201 North Market Street, Suite 2201
Wilmington, Delaware 19801
Tel:   (302) 574-3000
Fax:   (302) 574-3001
Email:
jody.barillare@morganlewis.com

*Counsel for Defendant Oregon Public
Employees Retirement Fund*

4

OF COUNSEL:

Christopher F. Robertson (*pro hac forthcoming)*
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
617-946-4989
Email: crobertson@seyfarth.com

**CHIPMAN BROWN CICERO & COLE, LLP**

By:    */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (#3818)
Gregory R. Stuhlman (#4765)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Tel.: (302) 295-0193
Fax: (302) 295-0199
Email: chipman@chipmanbrown.com
Email: stuhlman@chipmanbrown.com

*Counsel for Defendant Maryland State Retirement Pension System*

5