# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.,*<br><br>        Debtors. | Chapter 7<br><br>Bankr. Case No. 18-11535 (CTG)<br>Adv. Case No. 25-50785 (CTG)<br><br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation,<br><br>        Appellant,<br><br>  v.<br><br>KKR & CO. INC., *et al.,*<br><br>        Appellees. | Case No. 1:26-cv-00739 (CFC) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven M. Coren of Coren & Ress, P.C. to represent George L. Miller, in his capacity as chapter 7 trustee for the estates of Education Management Corporation and its related debtors, in the above-captioned matter.

Dated: July 16, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Email: pkeane@pszjlaw.com

*Counsel to Appellant George L. Miller, Chapter 7 Trustee*

4899-4945-9383.3 57092.001

1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:  July __, 2026

_____
Colm F. Connolly
Chief United States District Judge

## CERTIFICATION FOR PRO HAC VICE ADMISSION OF STEVEN M. COREN

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and that pursuant to District of Delaware Local Rule 83.6, I submit to the disciplinary jurisdiction of Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 has been submitted to the Court's Office upon the filing of this motion.

I further certify that:

1.      With the exception of the circumstances listed in Rule 5.4(a)(1)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2.      I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3.      I will not permit a person who recommends, employs, or pays me or my law firm to render legal services or another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4.      No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

5.      No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Dated:  July 16, 2026                COREN & RESS, P.C.

*/s/ Steven M. Coren*
Steven M. Coren
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA  19103
Telephone:  (215) 735-8700
Email:  scoren@kcr-law.com