**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| THE ART INSTITUTE OF | ) Bk. No. 18-11535(CTG) |
| PHILADELPHIA LLC, et al., | ) BK. BAP No. 26-42 |
| | ) |
| Debtors. | ) |
| | ) |
| GEORGE L. MILLER, Chapter 7 Trustee | ) |
| For Education Management Corporation, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civil Action No. 26-739-CFC |
| | ) |
| KKR & CO. INC., et al., | ) |
| | ) |
| Appellees. | ) |
| | ) |

**<u>ORDER</u>**

At Wilmington, Delaware, this **27th day of July 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation facilitated by this Court is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed on or before September 16, 2026.

2. Appellees' Response Brief(s) shall be filed on or before October 28, 2026.

3. Appellant's Reply Brief shall be filed on or before November 11, 2026.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE