IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| THE ART INSTITUTE OF | ) | Bankr. Case No. 18-11535-CTG |
| PHILADELPHIA LLC, *et al.*, | ) | Bankr. BAP No. 26-42 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| GEORGE L. MILLER, Chapter 7 | ) | Civil Action No. 26-739-CFC |
| Trustee For Education Management | ) | |
| Corporation, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| KKR & CO. INC., *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

At Wilmington on this 28th day of July in 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 19);

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1.    Appellant's Opening Brief shall be filed on or before **September 16, 2026**.

2.      Appellees' Response Brief(s) shall be filed on or before **October 28, 2026**.

3.      Appellant's Reply Brief shall be filed on or before **November 11, 2026**.

_____
Chief Judge